IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**JEREMY MALONE,**

**Defendant.**                                                  No. 09-30142-DRH

### ORDER

**HERNDON, Chief Judge**:

On July 23, 2010, the Court sentenced Jeremy Malone to 60 months imprisonment for conspiracy with the intent to distribute and possess with the intent to distribute 1,000 kilograms or more of marijuana and entered judgment reflecting the same (Docs. 46 & 48). After the Court pronounced the sentence, Malone orally moved to voluntary surrender to the of Bureau of Prisons ("BOP") to allow him time to resolve his medical issues. The Court allowed Malone to remain out on bond to attend his doctor's appointment and ordered his counsel to provide a doctor's report from the visit. The Court informed the parties that after reviewing the report it would determine whether Malone would have to surrender to the United States Marshal Service immediately or surrender to the BOP upon his classification.

Based on the report, the Court finds that there is not any medical condition amounting to exceptional circumstances that would require Malone to be treated by a physician and no follow-up treatment is planned by Malone's doctor. In

fact, Malone's doctor reports: "I find nothing wrong with him at this point …" Thus, the Court **ORDERS** Malone to surrender *immediately* to the United States Marshal Service in the United States Courthouse in East St. Louis, Illinois and certainly no later than Monday, August 23, 2010 at 3:00 p.m.

    **IT IS SO ORDERED.**

    Signed this 13th day of August, 2010.

                                              /s/   David R Herndon
                                        **Chief Judge**
                                        **United States District Court**