IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**JEREMY MALONE,**

**Defendant.**                                              No. 09-30142-DRH

### ORDER

**HERNDON, Chief Judge**:

Now before the Court is Malone's motion to allow Defendant to surrender to U.S. Marshals in Texas or in the alternative to extend self surrender date to August 27, 2010 (Doc. 53). Specifically, Defendant has asked that because he has insufficient funds at this time to travel to this judicial district to surrender that he be allowed to surrender in Texas or the Court extend the surrender date in this judicial district to August 27, 2010 to allow him time to obtain funds.

As Malone's doctor's report indicates that there is nothing wrong with him, the Court finds there is not any medical condition amounting to exceptional circumstances exempting Malone from the operation of the bail statute. Further, it is clear that he does not have funds to travel to this judicial district to self surrender. Thus, the Court **ORDERS** Malone to report to FCI Seagoville, 2113 North Highway 175 Seagoville, Texas 75159 by noon on Friday August 20, 2010 where he is to be detained pending classification by the BOP and then remanded to BOP for execution

of the judgment of incarceration issued by this Court.

      **IT IS SO ORDERED.**

Signed this 19th day of August, 2010.

                    /s/      David R Herndon
                    **Chief Judge**
                    **United States District Court**